**<u>EXHIBIT A</u>**

Howard S. Rachelson
275 Southfield Dr.
Vernon Hills, IL 60061


July 10, 2013


Diversified

Dear Diversified and representing Attorney,


You have called many times a day for weeks without a message both to my home phone and cell phone.  I obtained your company name by calling your number.  Additionally, you have called under 63044931614,  6304493098 and 6304493121. You may have other numbers that I have not been called.  I am therefore demanding that you Cease and Desist..  This E Mail will serve as your legal notice under provisions of Federal Law, the Fair Debt Collection Practices Act (FDCPA) found under Section 1292(c), to cease and desist from all telephone communication with myself in regards to the alleged debt that your firm is attempting to collect.

I demand that all further correspondence must be done by WRITTEN CORRESPONDENCE to the address indicated at the top of this page.

Be advised that I am well aware of my rights.  Any future telephone contact by you or a representative of your firm violates the FDCPA and since I've provided you with a location at which to correspond with me, any calls made by you or a representative of your firm to any 3rd party concerning me violates Section 805(b) of the FDCPA.

If you fail to heed this notice, I will file a formal complaint against you with the Federal Trade Commission who is responsible for enforcement, the Illinois Attorney General's office, the Illinois Bar Association, and The Better Business Bureau.

Thank you for your cooperation and compliance with this request.

Regards,


Howard S. Rachelson

Communication Log                                    `Jul.22.2013  05:48 PM`

Name  : Howard S. Rachelson

Tel   : 8475499158

---

| Date | Time | Type | ID | Duration | Pages | Result |
|------|------|------|-----|----------|-------|--------|
| Sep.17 | 06:07PM | Send | 18669475587 | 00:44 | 1 | OK |
| Oct.29 | 08:39AM | Send | 919726922017 | 00:00 | 0 | No Answer |
| Nov.22 | 05:16PM | Send | 914046020333 | 00:00 | 0 | Line Busy |
| Dec.01 | 04:18PM | Send | 13129200625 | 00:55 | 1 | OK |
| Dec.01 | 04:22PM | Send | 13129200625 | 00:55 | 1 | OK |
| Dec.01 | 06:44PM | Send | 13129200625 | 00:55 | 1 | OK |
| Dec.03 | 02:31PM | Send | 1847-227-2151 | 00:44 | 1 | OK |
| Dec.03 | 02:32PM | Send | 1847-227-2151 | 00:44 | 1 | OK |
| Dec.03 | 02:34PM | Send | 1847-227-2151 | 00:44 | 1 | OK |
| Feb.05 | 04:35PM | Send | 18002797419 | 06:55 | 13 | OK |
| Feb.21 | 01:28PM | Send | 18664133888 | 01:16 | 0 | Error c25 |
| Feb.21 | 02:03PM | Send | 18663265265 | 00:00 | 0 | OK |
| Mar.08 | 11:30AM | Send | 18775479666 | 01:01 | 3 | OK |
| May.03 | 02:56PM | Send | 1-978-686-3538 | 01:11 | 2 | OK |
| May.03 | 09:38PM | Send | 1-978-686-3538 | 00:54 | 1 | OK |
| May.03 | 09:41PM | Send | 1-978-686-3538 | 01:03 | 1 | OK |
| May.30 | 04:15PM | Send | 1312920-0625 | 00:54 | 2 | OK |
| May.30 | 06:38PM | Send | 1312920-0625 | 00:52 | 2 | OK |
| Jul.10 | 10:17PM | Send | 1904247-0660 | 00:54 | 1 | OK |
| Jul.20 | 11:48AM | Send | 18664133888 | 00:53 | 0 | Canceled |
| Jul.20 | 11:51AM | Send | 866-413-3888 | 01:02 | 1 | Error 1 |
| Jul.21 | 08:14AM | Send | 18663265265 | 00:57 | 2 | OK |
| Jul.21 | 08:16AM | Send | 18663265265 | 00:58 | 2 | OK |
| Jul.21 | 11:14AM | Send | 18663265265 | 01:07 | 1 | Canceled |
| Jul.21 | 11:17AM | Send | 18663265265 | 01:04 | 2 | OK |
| Jul.21 | 11:19AM | Send | 18663265265 | 01:17 | 2 | OK |
| Jul.21 | 12:08PM | Send | 18663265265 | 00:43 | 1 | OK |
| Jul.21 | 12:10PM | Send | 18663265265 | 00:43 | 1 | OK |
| Jul.21 | 12:56PM | Send | 18663265265 | 01:41 | 1 | OK |
| Jul.21 | 12:59PM | Send | 18663265265 | 01:50 | 0 | Error c54 |